SIMONDS *v.* BUFORD and Another.

A notice of intention to hold a lien for materials furnished, is suffi cient if it state the amount, to whom, from whom, and for what due, and describe the premises upon which the lien is contemplated.
Where materials were furnished to, and a lien claimed against, an unmarried man, who afterwards died without issue, his heirs are proper parties defendants to an action to enforce the lien.

APPEAL from the *Carroll* Common Pleas.

*Per Curiam.*—A notice of intention to hold a lien for materials furnished, would appear to be sufficient, when it states the amount, to whom, by whom, and for what due, and the premises upon which the lien is contemplated.

Where materials were furnished to an unmarried man, and proceedings are instituted after his death without issue, in the absence of any grant of administration, his heirs were prop-

erly made defendants. The judgment is reversed, with costs, and cause remanded.

*Andrew H. Evans* and *John H. Gould*, for appellants.

*L. Chamberlain*, for appellees.